AO 245B-CAED (Rev. 9/01) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA

v.

KATHERINE MARIE BAILEY

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: *06-cr-0001*

Aaron Williams
_____
Defendant's Attorney

## THE DEFENDANT:

[X]    pleaded guilty to count(s): I_____.
[ ]    pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]    was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 844(a) | Possess Controlled Substance | 12/18/2007 | I |

The defendant is sentenced as provided in pages 2 through 3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ]    Count(s)_____ (is)(are) dismissed on the motion of the United States.

[ ]    Indictment is to be dismissed by District Court on motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

_____
8/15/2006
Date of Imposition of Judgment

_____
Signature of Judicial Officer

**CRAIG M. KELLISON,** United States Magistrate Judge
Name & Title of Judicial Officer

_____
8/15/2006
Date

AO 245B-CAED (Rev. 9/01)  Sheet 2 - Imprisonment

DEFENDANT: Katherine Marie Bailey

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: five (5) days.

[ ]     The court makes the following recommendations to the Bureau of Prisons:

[X]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States marshal for this district

    [ ]     at _____        on _____

    [ ]     as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ]     before 2:00 p.m. on _____

    [ ]     as notified by the United States Marshal.

    [ ]     as notified by the Probation or Pretrial Services Office.

AO 245S-CAED (Rev. 9/01) Sheet 5, Part B - Criminal Monetary Penalties

CASE NUMBER: 06-cr-0001                                                                          Judgment - Page 3 of 3
DEFENDANT: BAILEY, Katherine

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties:

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 25.00 | | |

## FINE

[X]  The court determined that the defendant does not have the ability to pay a fine, and imposition of a fine is waived

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994.